USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SHAE BARBIERI                           :
                                        :
                Plaintiff,              :
                                        :   19-cv-2194 (LAP)
        -v.-                            :
                                        :   ORDER
MICHAEL DANIELS, et al.,                :
                                        :
                Defendants.             :
----------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel shall show cause in writing no later than March 24 why the above action should not be dismissed for failure to prosecute.

SO ORDERED.

Dated:   New York, New York
         March 10, 2020

                                    _____
                                    LORETTA A. PRESKA
                                    Senior United States District Judge