UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>        Plaintiff,<br><br>-against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>        Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiff's counsel shall respond by letter no later than noon on April 24, 2020, to Mr. Shanahan's letter dated April 21, 2020. (See dkt. no. 45.)

**SO ORDERED.**

Dated:   New York, New York
         April 21, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge

1