UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>    Plaintiff<br><br>  -against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>    Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Plaintiff's counsel's letter dated November 2, 2020 (see dkt. no. 49) and Mr. Shanahan's letter dated November 3, 2020 (see dkt. no. 50).  Plaintiff's counsel shall respond no later than November 9, 2020 to Mr. Shanahan's letter.  In the same letter, Plaintiff's counsel shall inform the Court of what else is required, besides an inquest, to resolve the case.

**SO ORDERED.**

Dated: New York, New York
    November 4, 2020

               _____
               LORETTA A. PRESKA
               Senior United States District Judge

1