UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>                Plaintiff<br><br>      -against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>                Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    With respect to the attorneys' fees question (see dkt. nos. 50, 52), counsel shall confer with an eye toward reaching a reasonable accommodation and shall inform the Court by letter no later than November 18, 2020 if they have resolved the issue. If they have not resolved the issue, counsel shall appear by telephone to argue the motion on November 25, 2020 at 9:00 a.m. EST.

**SO ORDERED.**

Dated:    New York, New York
            November 12, 2020

                                      _/s/ Loretta A. Preska_____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge