UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>　　　　　　　　Plaintiff<br><br>　　　-against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>　　　　　　　　Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　　Plaintiff's counsel shall inform the Court by letter no later than January 21, 2021 what evidence and witnesses she intends to offer at the inquest.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　January 7, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1