**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SHAE BARBIERI,                                          Case No.: 1:19-cv-02194-LAP

       Plaintiff,

V.


MICHAEL DANIELS, and
MANGO CONCEPT LLC,

       Defendants.
-------------------------------------------------------------------X

### ~~Proposed~~ Default Judgment

The Court, having read and considered Plaintiff SHAE BARBIERI's Notice of Motion and Motion for Default Judgment and the Affidavit of attorney Kelly O'Connell in support thereof, hereby GRANTS Plaintiff's Motion for Default Judgment against Defendants MANGO CONCEPT LLC and MICHAEL DANIELS.   The Court further grants Plaintiffs permission to conduct an inquest for the assessment of damages against Defendants MANGO CONCEPT LLC and MICHAEL DANIELS, together with such other and further relief as this Court may deem just and proper.


      **IT IS SO ORDERED.**


DATED: January 7, 2021

HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE