UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>              Plaintiff<br><br>    -against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>              Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The order to show cause (dkt. no. 59) is withdrawn on the condition that counsel inform the Court by letter no later than February 18, 2021 of the evidence and witnesses she intends to present at the inquest.

**SO ORDERED.**

Dated:    New York, New York
            February 11, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1