UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>          Plaintiff<br><br>     -against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>          Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for plaintiff shall appear for a teleconference on February 17, 2021 at 10:00 a.m.  The dial-in information for that conference is: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   New York, New York
         February 12, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1