UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAE BARBIERI,<br><br>                    Plaintiff<br><br>          -against-<br><br>MICHAEL DANIELS, and MANGO CONCEPT LLC,<br><br>                    Defendants. | No. 19 Civ. 2194 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The teleconference scheduled for February 17, 2021 at 10:00 a.m. EST is adjourned to February 23, 2021 at 10:00 a.m. EST. The dial in information for the conference is: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
           February 17, 2021

                                    *Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge